IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–27–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JIM DEAN MARTIN, | |
| Defendant. | |

Before the Court is Defendant Jim Dean Martin's Unopposed Motion to Enlarge Time to File Reply Brief in Support of Motion to Suppress Evidence. (Doc. 27.) The motion requests a seven-day extension of the deadline to file his reply brief to December 2, 2022 because of the Thanksgiving holiday. (*Id.* at 1–2.) The United States does not object. (*Id.* at 2.)

Accordingly, IT IS ORDERED that the motion (Doc. 27) is GRANTED. Mr. Martin may file his reply brief on or before December 2, 2022.

DATED this 21st day of November, 2022.

*/s/ Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court